# STAMPUR & ROTH
## ATTORNEYS AT LAW

WILLIAM J. STAMPUR
JAMES ROTH

299 BROADWAY, SUITE 800
NEW YORK, N.Y. 10007

(212) 619-4240
FAX (212) 619-6743

December 11, 2019

**BY ECF**

Honorable Sidney H. Stein
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/19/19

**Re:** *United States v. Cinthia Federo*
**18 Cr. 879 (SHS)**

**MEMO ENDORSED**

Dear Judge Stein:

My client Cinthia Federo requests a variance of her present pretrial travel restrictions to allow her to travel to the following locations on the following dates:

- December 22, 2019: 104 Myano Lane, Stamford, CT 06902. She will be returning the same day.
- December 25, 2019: Wanaque Center, 1433 Ringwood Avenue, Haskell, NJ 07420. She will be returning the same day.
- January 31, 2020-February 2, 2020: The Kartrite Resort, 555 Resorts World Drive, Monticello, NY 12701.

AUSA Daniel Nessim and Pretrial Officer Erin Cunningham consent to this request.

Respectfully,

*William J. Stampur*
William J. Stampur

cc: AUSA Daniel Nessim
PTO Erin Cunningham

WS/Federo/Ltr to Judge/Trvl Rqst 4

SO ORDERED 12/18/19

*[signature]*
SIDNEY H. STEIN
U.S.D.J.