STAMPUR & ROTH
ATTORNEYS AT LAW

WILLIAM J. STAMPUR
JAMES ROTH

299 BROADWAY, SUITE 800
NEW YORK, N.Y. 10007

(212) 619-4240
FAX (212) 619-6743

December 15, 2020

**By ECF**

Honorable Sidney H. Stein
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**MEMO ENDODRSED**

Re:   *United States v. Cinthia Federo*
       **18 Cr. 879 (SHS)**

Dear Judge Stein:

My client, Cinthia Federo, requests a variance of her pretrial travel restrictions, which are presently limited to the Southern District of New York and the Eastern District of New York. Ms. Federo respectfully requests to travel to Allentown, Pennsylvania on Sunday, December 20, 2020, to drop her daughter off with her father. Ms. Federo will be returning the same day. She will need to pick up her daughter a week later on December 27, 2020, and will return the same day. The address to which she will be traveling to is: 718 N. 13th Street, Allentown, PA 18102.

AUSA Daniel Nessim and U.S. Pretrial Officer Erin Cunningham consent to this request.

Very truly yours,

_____/s/_____
William J. Stampur

cc:   AUSA Daniel Nessim
      USPTO Erin Cunningham

**Request granted.**

**Dated:  New York, New York
          December 15, 2020**

SO ORDERED

SIDNEY H. STEIN
U.S.D.J.