**STAMPUR & ROTH**
ATTORNEYS AT LAW

WILLIAM J. STAMPUR
JAMES ROTH

299 BROADWAY SUITE 800
NEW YORK, N.Y. 10007

(212) 619-4240
FAX (212) 619-6743

January 4, 2021

**MEMO ENDORSED**

**By ECF**

Honorable Sidney H. Stein
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

    **Re:**    *United States v. Cinthia Federo*
             **18 Cr. 879 (SHS)**

Dear Judge Stein:

    My client, Cinthia Federo, requests a variance of her pretrial travel restrictions, which are presently limited to the Southern District of New York and the Eastern District of New York. Ms. Federo respectfully requests to travel to Camelback Mountain Resort, 301 Resort Drive, Tannersville, PA 18372 to celebrate her daughter's birthday. She will be leaving on January 30, 2020, staying at the resort for two nights, and returning on February 1, 2020.

    AUSA Daniel Nessim and U.S. Pretrial Officer Erin Cunningham consent to this request.

Very truly yours,

William J. Stampur

cc:    AUSA Daniel Nessim
        USPTO Erin Cunningham

**Defendant's request to travel to Camelback Mountain Resort on January 30, 2021, returning February 1, 2021, is granted.**

Dated: New York, New York
January 4, 2021

SO ORDERED

SIDNEY H. STEIN
U.S.D.J.