STAMPUR & ROTH
ATTORNEYS AT LAW

WILLIAM J. STAMPUR
JAMES ROTH

299 BROADWAY, SUITE 800
NEW YORK, N.Y. 10007

(212) 619-4240
FAX (212) 619-6743

February 9, 2021

**By ECF**

**MEMO ENDORSED**

Honorable Sidney H. Stein
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

#### Re: *United States v. Cinthia Federo*, 18 Cr. 879 (SHS)

Dear Judge Stein:

I represent Cinthia Federo in the above-referenced case. I write to respectfully request an adjournment of Ms. Federo's sentencing now scheduled for February 25, 2021, until late June 2021 or first week of July 2021, at a date and time convenient to the Court.

Ms. Federo is not in custody. She is the single parent of a young child and the ongoing COVID-19 pandemic presents an increased risk for Ms. Federo due to personal health concerns.

AUSA Daniel Nessim consents to this request.

Thank you for your attention to this matter.

Very truly yours,

William J. Stampur

cc:    AUSA Daniel Nessim

**The sentencing is adjourned to July 7 at 2:30 p.m. Defense sentencing submissions are due by June 23, and the government submissions are due by June 30.**

Dated: New York, New York
        February 10, 2021

SO ORDERED:

Sidney H. Stein, U.S.D.J.

WS/Federo/Adj Rqst 6