# STAMPUR & ROTH
### ATTORNEYS AT LAW

WILLIAM J. STAMPUR  
JAMES ROTH

299 BROADWAY, SUITE 800  
NEW YORK, N.Y. 10007

(212) 619-4240  
FAX (212) 619-6743

September 10, 2021

**MEMO ENDORSED**

**By ECF**

Honorable Sidney H. Stein  
United States District Judge  
Southern District of New York  
500 Pearl Street  
New York, NY 10007

    Re:   *United States v. Cinthia Federo*  
           18 Cr. 879 (SHS)

Dear Judge Stein:

    My client, Cinthia Federo, requests a variance of her pretrial travel restrictions, which are presently limited to the Southern District of New York and the Eastern District of New York. Ms. Federo respectfully requests to travel to Stroudsburg, Pennsylvania on Saturday, September 25, 2021, to celebrate her family member's first birthday party. Ms. Federo will be staying the night at 752 Seneca Way, Stroudsburg, PA 18360, and returning Sunday, September 26, 2021.

    AUSA Daniel Nessim and U.S. Pretrial Officer Erin Cunningham consent to this request.

Very truly yours,

*William J. Stampur*  
William J. Stampur

cc:  AUSA Daniel Nessim  
      USPTO Erin Cunningham

**Request granted.**

Dated: New York, New York  
        September 13, 2021

SO ORDERED:

*Sidney H. Stein*  
Sidney H. Stein, U.S.D.J.

WS/Federo/Travel Rqst 9