UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

v.

CINTHIA FEDERO

---

**[Consent]**
**Order of Restitution**

Docket No. 18 Cr. 879

Upon the application of the United States of America, by its attorney, Damian Williams,

United States Attorney for the Southern District of New York, Ni Qian and Daniel Nessim,

Assistant United States Attorneys, of counsel; the presentence report; the Defendant's conviction

on Count Four of the above Indictment; and all other proceedings in this case, it is hereby

ORDERED that:

### 1.   **Amount of Restitution**

CINTHIA FEDERO, the Defendant, shall pay restitution in the total amount of

$2,000,000, pursuant to 18 U.S.C. § 3663; 18 U.S.C. § 3663A (MVRA), to the victims of the

offense(s) charged in Count Four.  The names, addresses, and specific amounts owed to each

victim are set forth in the Schedule of Victims, attached hereto as Schedule A.  Upon advice by

the United States Attorney's Office of a change of address of a victim, the Clerk of the Court is

authorized to send payments to the new address without further order of this Court.

#### A.   **Joint and Several Liability**

Restitution is joint and several with the following defendants in this case, to the extent

that restitution orders are entered against them: (1) Ireline Nunez; (2) Ana Yessenia Jimenez; (3)

Evelin Jimenez; and (4) Ariel Jimenez.

#### B.   **Apportionment Among Victims**

2020.01.09

Pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid. Restitution shall be paid to the victim(s) identified in the Schedule of Victims, attached hereto as Schedule A, on a pro rata basis, whereby each payment shall be distributed proportionally to each victim based upon the amount of loss for each victim, as set forth more fully in Schedule A.

## 2. **Schedule of Payments**

Pursuant to 18 U.S.C. § 3664(f)(2), in consideration of the financial resources and other assets of the Defendant, including whether any of these assets are jointly controlled; projected earnings and other income of the Defendant; and any financial obligations of the Defendant; including obligations to dependents, the Defendant shall pay restitution in the manner and according to the schedule that follows:

In the interest of justice, restitution shall be payable in installments pursuant to 18 U.S.C. § 3572(d)(1) and (2). The defendant shall make installment payments towards her restitution obligation in an amount equal to 10% percent of the Defendant's gross income on the first of each month.

If the Defendant defaults on the payment schedule set forth above, the Government may pursue other remedies to enforce the judgment.

## 3. **Payment Instructions**

The Defendant shall make restitution payments by certified check, bank check, money order, wire transfer, credit card or cash. Checks and money orders shall be made payable to the "SDNY Clerk of the Court" and mailed or hand-delivered to: United States Courthouse, 500 Pearl Street, New York, New York 10007 - Attention: Cashier, as required by 18 U.S.C. § 3611. The Defendant shall write her name and the docket number of this case on each check or money order. Credit card payments must be made in person at the Clerk's Office. Any cash payments shall be

2

hand delivered to the Clerk's Office using exact change, and shall not be mailed.  For payments

by wire, the Defendant shall contact the Clerk's Office for wiring instructions.

In cases where the victim is the Internal Revenue Service ("IRS"), the Clerk's Office shall

forward all restitution payments to the below address within 30 days of receiving said payments

from the Defendant:

> IRS - RACS
> Attn: Mail Stop 6261, Restitution
> 333 W. Pershing Ave.
> Kansas City, MO 64108]

### 4.   **Additional Provisions**

The Defendant shall notify, within 30 days, the Clerk of Court, the United States Probation

Office (during any period of probation or supervised release), and the United States Attorney's

Office, 86 Chambers Street, 3rd Floor, New York, New York 10007 (Attn: Financial Litigation

Unit) of (1) any change of the Defendant's name, residence, or mailing address or (2) any material

change in the Defendant's financial resources that affects the Defendant's ability to pay restitution

in accordance with 18 U.S.C. § 3664(k).  If the Defendant discloses, or the Government otherwise

learns of, additional assets not known to the Government at the time of the execution of this order,

the Government may seek a Court order modifying the payment schedule consistent with the

discovery of new or additional assets.

### 5.   **Restitution Liability**

The Defendant's liability to pay restitution shall terminate on the date that is the later of 20

years from the entry of judgment, as provided in 18 U.S.C. § 3613(b).   Subject to the time

limitations in the preceding sentence, in the event of the death of the Defendant, the Defendant's

estate will be held responsible for any unpaid balance of the restitution amount, and any lien filed

pursuant to 18 U.S.C. § 3613(c) shall continue until the estate receives a written release of that liability.

## 6.   **Sealing**

Consistent with 18 U.S.C. §§3771(a)(8) & 3664(d)(4) and Federal Rule of Criminal Procedure 49.1, to protect the privacy interests of victims, the Schedule of Victims, attached hereto as Schedule A, shall be filed under seal, except that copies may be retained and used or disclosed

by the Government, the Clerk's Office, and the Probation Department, as need be to effect and

enforce this Order, without further order of this Court.

AGREED AND CONSENTED TO:

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By: _____                    1/04/2022
Ni Qian                                         DATE
Daniel Nessim
One Saint Andrew's Plaza
New York, NY 10007
Tel.: (212) 637 – 2364

CINTHIA FEDERO

By: Cinthia Federo BY: William J. Stampur       1/12/2022
CINTHIA FEDERO                                   DATE

By: _____                     1/12/2022
William Stampur                                 DATE
Stampur & Roth
299 Broadway, Suite 800
New York, NY 10007

SO ORDERED: _____             1/13/2022
                                                DATE
HONORABLE SIDNEY H. STEIN
UNITED STATES DISTRICT JUDGE

5

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| United States of America | | |
|---|---|---|
| v. | | **Schedule of Victims** |
| Cinthia Federo, | | **18 Cr. 879 (SHS)** |
| Defendant. | | |

| Name | Address | Amount of Restitution |
|---|---|---|
| Internal Revenue Service--RACS | Attention: Mail Stop 6261, Restitution 333 West Pershing Avenue Kansas City, MO 64108 | $2,000,000 |
| **Total** | | $4,000,000 |

6