## STAMPUR & ROTH
### ATTORNEYS AT LAW

WILLIAM J. STAMPUR
JAMES ROTH

299 BROADWAY, SUITE 800
NEW YORK, N.Y. 10007

(212) 619-4240
FAX (212) 619-6743

May 18, 2022

**MEMO ENDORSED**

**By ECF**

Honorable Sidney H. Stein
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   *United States v. Cinthia Federo, et al.,* **18 Cr. 879 (SHS)**

Dear Judge Stein:

I write on behalf of my client, Cinthia Federo, to respectfully request that her passport, which is currently held by Pretrial Services, be returned to Ms. Federo.

Ms. Federo's criminal matter has been resolved and she is currently serving a three-year term of Supervised Release. The government has no objection to this request. Ms. Federo's home address is: 2352 University Avenue, Apt. 3S, Bronx, NY 10468.

Wherefore, I respectfully request Your Honor endorse this letter and Order Ms. Federo's passport to be returned to her.

Thank you for your attention to this matter.

Very truly yours,

*William J. Stampur*
William J. Stampur

cc:   All Parties of Record (By ECF)

Dated: New York, New York
May 19, 2022

Request granted.

SO ORDERED:

*Sidney H. Stein*
Sidney H. Stein, U.S.D.J.

WS/Federo/Ltr Rqst to Ct/Return of Passport